Closed Incident Report

```
Incident Date/Time: 07/29/18 - 04:41:55    Incident Number: 000021
Complaint Oper:    PPTKG,DP002             How Reported:    1, (PFE)

Sheriff Inc?  Date://       Time:00:00:00  Dispatcher: ,
Police Inc?   Y Date:07/29/18 Time:04:41:55 Dispatcher: PPCLD1,
Fire Inc?     Y Date:07/29/18 Time:04:47:06 Dispatcher: PPCJS,DP004
EMS Inc?      Y Date:07/29/18 Time:04:47:06 Dispatcher: PPJCC,DP005

Sheriff Dist:               Cm: ,013   Um: 0000,    Jurisdiction:
Police Dist:  0112100       Cm: ,013   Um: 0000,    Jurisdiction: 01
Fire Dist:    176           Cm: ,013   Um: 0000,    Jurisdiction: 01
EMS Dist:     000308        Cm: ,013   Um: 0000,    Jurisdiction: 01

Dispatch Addr:   2203 N ELLIS ST  PA Zip: 61604
Incident Type:   8135P=8135(STAB/GUNSHOT WOUND   P1 F1 E1)
                 F=8135(STAB/GUNSHOT WOUND   P1 F1 E1)
                 E=8135(STAB/GUNSHOT WOUND   P1 F1 E1)
Callers Name:
License #:
E-911 Address:
E-911 Phone #:   0000000000
Corrected Addr:0
Entered As Intr: T   Emergency Agencies PFE

                         P O L I C E
Close Type:  N N,1  Routing Stage: DP-001   Incident Type: 8135
Begin Time:  044140 Pending Time:  044155   Recall Time:   044205
Assign Time: 044205 Scene Time:    044552   Close Time:    074635
Dispo Code:  JJ 1A29 CLEAR FROM JAIL        Report Number: 20180729-PA000017
                                                           2018-PA00016889
Disp Seq:    112100
                         F I R E
Close Type:  N N,1  Routing Stage: DP-004   Incident Type: 8135
Begin Time:  044706 Pending Time:  044706   Recall Time:   044713
Assign Time: 044715 Scene Time:    045230   Close Time:    045940
Dispo Code:  BL EG003 FIRE/ALL MEDICAL CALLS Report Number: 20180729-PA000007
                                                           2018-PA00011935
Disp Seq:    000308
                         E M S
Close Type:  N N,1  Routing Stage: DP-005   Incident Type: 8135
Begin Time:  044706 Pending Time:  044706   Recall Time:   044823
Assign Time: 044823 Scene Time:    000000   Close Time:    052648
Dispo Code:  O CH332A OTHER DISPOSITION     Report Number: 000000-000000
                                                           00-00000000
Disp Seq:    300001

Eqp-No Sts Aloc AsCvn Asgn-Dte Tme    ER-tme AS-Tme Off-Id1 Off-Id2  Sft
   Sft              Tran-Dte Tme     Arvl-Dte Tme   Avil-Dte Tme
M26  PA  G         20180729 044823  044915 000000  A
                   000000 0 000000 0 052648
3B21 PA  W         20180729 045242  000000 045245  PP1079           3
                   000000 0 000000 0 055911
3A03 PA  W         20180729 044719  000000 044934  PP1165           3
                   000000 0 000000 0 065318
1A29 PA  W         20180729 070105  000000 070117  PP1170           1,Pmy
                   070131 0 071144 0 074635
```

Handwritten margin note: Initiating Call (pointing to Begin Time: 044140)

RICKMON DISC._1212_1223 p. 1215

Exhibit 1_Government's Response p.1

```
Eqp-No Sts Aloc AsCvn Asgn-Dte Tme   ER-tme AS-Tme Off-Id1  Off-Id2  Sft
    Sft                Tran-Dte Tme   Arvl-Dte Tme  Avil-Dte Tme
E3   PA  G      20180729 044715 044839 045230
                        000000 0 000000 0 045940
3A29 PA  W      20180729 062121 000000 062849 PP1184    3
                        063827 0 064431 0 064518
3A10 PA  W      20180729 060151 000000 060152 PP1126    3
                        000000 0 000000 0 070317
3A21 PA  W      20180729 045053 000000 045107 PP958     3
                        000000 0 000000 0 051801
3A15 PA  X      20180729 050505 000000 050551 PP1018    3
                        000000 0 000000 0 050607
K903 PA  W      20180729 045051 000000 000000 PP1115    3
                        000000 0 000000 0 061403
3A12 PA  W      20180729 044611 000000 044938 PP1186    3
                        000000 0 000000 0 064245
3A05 PA  W      20180729 044313 000000 044623 PP1146    3
                        000000 0 000000 0 060343
3A14 PA  W      20180729 044542 000000 045104 PP1086    3
                        045841 0 051300 0 065720
3A13 PA  W      20180729 044216 000000 044552 PP1179    3
                        000000 0 000000 0 064320
2C65 PA  W      20180729 050642 000000 000000 PP1063    2
                        000000 0 000000 0 051628
3A10 PA  W      20180729 044205 000000 044804 PP1126    3
                        054454 0 054944 0 060117
3A23 PA  W      20180729 044214 000000 045341 PP886     3
                        000000 0 000000 0 062038

  >JR< Jurisdiction = PA
  >CP<
P >IC< P.SHOTSPOTTER SHOTS FIRED                             044155
P >AI< Incident No 000021 and 000022 have been Associated. 0442,001
  >JR< Jurisdiction = PA
  >CP<
  >UG< IncType changed to 8135                              0447,002
P >IC< P.STAB/GUNSHOT WOUND  P1 F1 E1                     Y 044706
P 3A15     <- Police Unit eXtracted from Incident.          0506   DP001


--DISPATCHER REMARKS--

P GUNFIRE: 2 ROUNDS AT 2203 N ELLIS ST, PEORIA, IL; JULY 29TH    180729/044156/DP002,PPTK
P 2018 04:40; SHOTSPOTTER ID 309-167699; DOT (40.7144684743,     180729/044156/DP002,PPTK
P -89.6023441438)                                                180729/044156/DP002,PPTK
P SEV CARS LSH/NB MC CLURE UNK DESC                              180729/044245/DP004,PPCJ
P 1ST 2 IN REAR OF HSE, 2ND 2 IN FRNT IN DRIVE                   180729/044313/DP002,PPTK
P SAW BM UNK DESC RAN NB TWDS MC CLURE                           180729/044331/DP004,PPCJ
P THOUGHT HE HEARD A MALE SAY I'M HIT BUT DIDN'T SEE ANY         180729/044350/DP004,PPCJ
P VICTIM                                                         180729/044350/DP004,PPCJ
P NB ELLIS/ARCHER                                                180729/044522/DP002,PPTK
P TAKIN OFF ON AP12974 TRYING TO TAKE OFF                        180729/044531/DP002,PPTK
P A10/NB AP12974                                                 180729/044533/DP001,PPCL
P AIR CLEAR                                                      180729/044535/DP001,PPCL
P 2804 WAR MEMORIAL APT B  WHI 92 OLDS COUPE  WALKER,TIMAARI D   180729/044607/DP002,PPTK
P OCC X 3                                                        180729/044608/DP001,PPCL
P OCCP X 3, SAYING MORE PPL STILL DOWN ON DEADEND OF ELLIS       180729/044617/DP002,PPTK
P MORE PEOPLE AT DEAD END      NOT THERE YET                     180729/044617/DP001,PPCL
```

```
Y Inc#    21  Police  Inc TYPE Changed by   002,                180729/044706/
Y Prev Inc Type = 1420   , New Inc Type = 8135                  180729/044706/
E Responding AMT Units: M26                                     180729/044724/HH
P A13/HSE PARTY  AT   2207  WHERE VIC                           180729/044728/DP001,PPCL
P GSW TO LEG                                                    180729/044738/DP001,PPCL
P 2207 ELLIS IS WHERE OCC/HSE PARTY                             180729/044738/DP002,PPTK
P SHOT IN LEG                                                   180729/044740/DP002,PPTK
P NEED MORE CARS, HAVE PPL @ DEAD END                           180729/044905/DP002,PPTK
P NO SUSP INFO                                                  180729/044919/DP002,PPTK
P A10/NEED MORE CARS AT     NO SUSP DESC    CAME FRM BETW HSE   180729/044921/DP001,PPCL
P POSS RAN BACK TWRDS SHER                                      180729/044933/DP002,PPTK
P BACK TO NORMAL                                                180729/044947/DP002,PPTK
P AIR BACK                                                      180729/044948/DP001,PPCL
P CLEAR FOR MEDS     MOVING SQUADS                              180729/045119/DP001,PPCL
P A12/SUSP VEH    LATE MAROON FORD EXPLOR   OCC X4 MALES        180729/045217/DP001,PPCL
P SHOOTER WAS IN BACK SEAT DRIVER SIDE                          180729/045217/DP001,PPCL
P MAR FOD EXP    X4 MALES   SHOOTER IN BACKSEAT DRIVERSIDE      180729/045221/DP002,PPTK
P A12/SECND SUS P WHT LINC   MKX   OCC X 3 BMS                  180729/045358/DP001,PPCL
P MKS**                                                         180729/045416/DP001,PPCL
P WHI LIN MXS X4 BMS                                            180729/045417/DP002,PPTK
P 2215 SHELL CASINGS                                            180729/045805/DP002,PPTK
P A23/SHELL CASING     IN FRNT OF 2216                          180729/045812/DP001,PPCL
F Fire Incident Closed by PPCJS     @ Position  DP004           180729/045940/DP
P 2211 HAS BEEN SHOT    COUPLE HOLES                            180729/050106/DP001,PPCL
P B&D OFF ROT                                                   180729/052452/DP001,PPCL
E EMS Incident Closed by PPJCC    @ Position  DP005             180729/052648/DP
P RM 108                                                        180729/055651/DP001,PPJL
P Police Incident Closed by PPKJL    @ Position  DP002          180729/074635/DP

Call Unit History Log:
180729 - 044205 3A10    Dispatched -                    PP1126
180729 - 044214 3A23    Dispatched -                    PP886
180729 - 044216 3A13    Dispatched -                    PP1179
180729 - 044313 3A05    Dispatched -                    PP1146
180729 - 044319 3A23    Misc Info - 2018-PA00016889<-R# PD   PP886
180729 - 044542 3A14    Dispatched -                    PP1086
180729 - 044552 3A13    Arrive Scene -                  PP1179
180729 - 044611 3A12    Dispatched -                    PP1186
180729 - 044623 3A05    Arrive Scene -                  PP1146
180729 - 044706 3A05    Arrive Scene -                  PP1146
180729 - 044205 3A10    Dispatched -                    PP1126
180729 - 044707 3A13    Arrive Scene -                  PP1179
180729 - 044542 3A14    Dispatched -                    PP1086
180729 - 044611 3A12    Dispatched -                    PP1186
180729 - 044214 3A23    Dispatched -                    PP886
180729 - 044715 E3      Dispatched -
180729 - 044719 3A03    Dispatched -                    PP1165
180729 - 044804 3A10    Arrive Scene -                  PP1126
180729 - 044823 M26     Dispatched -
180729 - 044839 E3      Enroute -
180729 - 044915 M26     Enroute -
180729 - 044934 3A03    Arrive Scene -                  PP1165
180729 - 044938 3A12    Arrive Scene -                  PP1186
180729 - 045051 K903    Dispatched -                    PP1115
180729 - 045053 3A21    Dispatched -                    PP958
180729 - 045104 3A14    Arrive Scene -                  PP1086
180729 - 045107 3A21    Arrive Scene -                  PP958
180729 - 045230 E3      Arrive Scene -
```

*Handwritten annotation:* ElleFritz - CAD compared to MapForce (04:42:15 hrs)

```
180729 - 045242 3B21   Dispatched -                       PP1079
180729 - 045245 3B21   Arrive Scene -                     PP1079
180729 - 045341 3A23   Arrive Scene -                     PP886
180729 - 045601 3A10   Arrive Scene - 2222 ELLIS          PP1126
180729 - 045841 3A14   Transport - FOL AMB OSF            PP1086
180729 - 045940 E3     Special Request -
180729 - 050505 3A15   Dispatched -                       PP1018
180729 - 050551 3A15   Arrive Scene -                     PP1018
180729 - 050607 3A15   In Service -                       PP1018
180729 - 050642 2C65   Dispatched -                       PP1063
180729 - 051300 3A14   Arrive Scene - FOL AMB OSF         PP1086
180729 - 051309 3A14   Arrive Scene - OSF                 PP1086
180729 - 051628 2C65   In Service -                       PP1063
180729 - 051801 3A21   In Service -                       PP958
180729 - 052648 M26    Special Request -
180729 - 054454 3A10   Transport - STA 1/EVID             PP1126
180729 - 054944 3A10   Arrive Scene - STA 1/EVID          PP1126
180729 - 055911 3B21   In Service -                       PP1079
180729 - 060020 3A10   Arrive Scene - ER OSF              PP1126
180729 - 060117 3A10   In Service -                       PP1126
180729 - 060151 3A10   Dispatched -                       PP1126
180729 - 060152 3A10   Arrive Scene -                     PP1126
180729 - 060155 3A10   Arrive Scene - ST FRAN             PP1126
180729 - 060343 3A05   In Service -                       PP1146
180729 - 061403 K903   In Service -                       PP1115
180729 - 062038 3A23   In Service -                       PP886
180729 - 062121 3A29   Dispatched -                       PP1184
180729 - 062320 3A14   Arrive Scene - OSF 108             PP1086
180729 - 062849 3A29   Arrive Scene -                     PP1184
180729 - 063827 3A29   Transport - S1 W/1M 1F             PP1184
180729 - 064245 3A12   In Service -                       PP1186
180729 - 064320 3A13   In Service -                       PP1179
180729 - 064431 3A29   Arrive Scene - S1 W/1M 1F          PP1184
180729 - 064518 3A29   In Service -                       PP1184
180729 - 065318 3A03   In Service -                       PP1165
180729 - 065720 3A14   In Service -                       PP1086
180729 - 070105 1A29   Dispatched -                       PP1170
180729 - 070105 1A29   Dispatched - S1                    PP1170
180729 - 070117 1A29   Arrive Scene - S1                  PP1170
180729 - 070131 1A29   Transport - P1 W/1M 1F             PP1170
180729 - 070153 1A29   Misc Info - MDT ON PP1170;         PP1170
180729 - 070317 3A10   In Service -                       PP1126
180729 - 071144 1A29   Arrive Scene - P1 W/1M 1F          PP1170
180729 - 074635 1A29   In Service -                       PP1170
```

Additional Info:
Wrecker Requested:
Coroner Requested:
NCIC Name......:
NCIC Licence No:
NCIC Hit: