

# Search Results Report

**Date/Time Range:**

Start  07/28/2018 00:00:00

End  07/30/2018 00:00:00

| Type of Incident(s) | |
|---|---|
| Multiple Gunshots | 4 |

## Incident Information

| Incident # | Date & Time | Type | CAD ID | Address | Zone |
|---|---|---|---|---|---|
| 167700 | 07/29/18 04:40 | MG | | 2210 N Ellis St | PeoriaIL |
| 167699 | 07/29/18 04:40 | MG | | 2203 N Ellis St | PeoriaIL |
| 167698 | 07/29/18 04:40 | MG | | 2203 N Ellis St | PeoriaIL |
| 167697 | 07/29/18 04:40 | MG | 18-16889Y | 2203 N Ellis St | PeoriaIL |

Date & time of report:  08/02/2018 09:22:55

page 1 of 1

This software contains proprietary, confidential, and copyrighted data. Use of this software and data is restricted to authorized SST customers pursuant to their license agreement with SST, Inc. The software and data may not be used for any purposes other than those explicitly authorized by the SST license agreement and may not be distributed outside the licensed customer's department without the express, written permission of SST, Inc. Copyright (c) 2014 SST, Inc. All rights reserved. US and foreign patents and/or trademarks apply as described at: www.shotspotter.com/patents

RICKMON DISC._001_060  p.053

Exhibit 2_Government's Response p.1

1:18-cr-10046-JES-JEH   # 24-2   Page 2 of 2


RICKMON DISC._001_060  p.054

Exhibit 2_Government's Response p.2