

Exhibit 3-1_Government's Response



Exhibit 3-2_Government's Response